IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Avocet Sports Technology, Inc.,

Plaintiff,

v.

Implus Footcare, LLC, d/b/a Highgear, and Brunton, d/b/a Brunton Outdoor Grou

Defendant.

CASE NO. 4:11-cv-04047-LB

~~(Proposed)~~
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Deborah S. Katz, whose business address and telephone number is

Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036     212-596-9000

and who is an active member in good standing of the bar of New York and Massachusetts having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Brunton Outdoor, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: October 19, 2011

*Lucy H. Koh*
United States District Judge