UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| AVOCET SPORTS TECHNOLOGY, INC., | ) | Case No.: 11-CV-04047-LHK |
| Plaintiff, | ) ) | ORDER CONTINUING CASE |
| v. | ) | MANAGEMENT CONFERENCE |
| IMPLUS FOOTCARE, LLC, et al., | ) ) | |
| Defendants. | ) ) ) ) | |

The parties have filed a notice indicating that they have reached a settlement in principle and that a dismissal will be filed by January 6, 2012. The case management conference set for January 4, 2012 is CONTINUED to January 18, 2012 at 2:00 p.m. By January 11, 2012, the parties shall file either a joint case management statement or a dismissal pursuant to Rule 41. If the parties file a dismissal by January 11, 2012, the January 18, 2012 case management conference will be vacated.

**IT IS SO ORDERED.**

Dated: January 2, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge