Frear Stephen Schmid (CA SBN 96089)
177 Post Street
Suite 890
San Francisco, CA 94108
Email: frearschmid@aol.com
Telephone: 415-788-5957
Facsimile: 415-788-5958

*Attorney for Plaintiff*
AVOCET SPORTS TECHNOLOGY, INC.

THE BERNSTEIN LAW GROUP, P.C.
Marc N. Bernstein (CA SBN 145837)
Email: mbernstein@blgrp.com
WILL B. FITTON (CA SBN 182818)
Email: wfitton@blgrp.com
555 Montgomery Street, Suite 1650
San Francisco, California 94111
Telephone:   415-765-6633
Facsimile:   415-283-4804

BUCHANAN INGERSOLL & ROONEY PC
Martin A. Bruehs
Email: martin.bruehs@bipc.com
Charles R. Bruton
Email: charles.bruton@bipc.com
Rajesh C. Noronha
Email: rajesh.noronha@bipc.com
1737 King Street, Suite 500
Alexandria, VA 22314
Telephone: 703-836-6620
Facsimile: 703-836-2021

*Attorneys for Defendant*
IMPLUS FOOTCARE, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| AVOCET SPORTS TECHNOLOGY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>IMPLUS FOOTCARE, LLC, et al.,<br><br>Defendants. | CASE NO. 5:11-CV-04047 LHK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO IMPLUS FOOTCARE, LLC** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Avocet Sports Technology, Inc. ("Avocet") and Defendant Implus Footcare, LLC ("Implus"), having amicably resolved their differences, do hereby agree to the dismissal with prejudice of this action as to Implus only and of all of the claims and defenses raised herein by Avocet against Implus. Avocet and Implus shall each bear its own costs, fees, and other expenses.

DATED: January 9, 2012                          Respectfully submitted,

By:       /s/                                  By:       /s/
Frear Stephen Schmid                              THE BERNSTEIN LAW GROUP, P.C.
ATTORNEY AT LAW                                   Marc N. Bernstein (CA SBN 145837)
177 Post Street, Suite 890                        Email: mbernstein@blgrp.com
San Francisco, CA 94108                           WILL B. FITTON (CA SBN 182818)
Tel: (415) 788-5957                               Email: wfitton@blgrp.com
Fax: (415) 788-5958                               555 Montgomery Street, Suite 1650
                                                  San Francisco, California 94111
Attorney For Plaintiff                            Telephone:   415-765-6633
AVOCET SPORTS TECHNOLOGY,                         Facsimile:   415-283-4804
INC.

                                                                      BUCHANAN INGERSOLL & ROONEY PC
                                                                      Martin A. Bruehs (*pro hac vice* to be filed)
                                                                      DC Bar No. 470550
                                                                      Email: martin.bruehs@bipc.com
                                                                      Charles R. Bruton (*pro hac vice* to be filed)
                                                                      VA Bar No. 73802, PA Bar No. 18834
                                                                      Email:  harles.bruton@bipc.com
                                                                      Rajesh C. Noronha (*pro hac vice* to be filed)
                                                                      VA Bar No. 75259
                                                                      Email: rajesh.noronha@bipc.com
                                                                      1737 King Street, Suite 500
                                                                      Alexandria, VA  22314
                                                                      Telephone:  703-836-6620
                                                                      Facsimile:  703- 836-2021

                                                                      Attorneys for Defendant
                                                                      IMPLUS FOOTCARE, LLC

## **ATTESTATION CLAUSE**

In accordance with General Order 45.X.B., I, Will B. Fitton, counsel for Implus Footcare, LLC, attest that each other signatory listed above has concurred in this filing.